FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shaidon Blake AKA Shamvoy Smith
#343938 - 1A31 NBCI
14100 McMullen Hwy. SW
Cumberland, MD. 21502
(Full name, prison identification
number and address of the plaintiff)

___ FILED         ___ ENTERED
___ LOGGED        ___ RECEIVED

SEP 08 2009

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

( See Attached )

Civil Action No. AW-09-2367
(Leave blank. To be filled in by Court.)

_____
_____
_____
(Full name and address of the defendant(s))

## COMPLAINT

**I.   Previous lawsuits**

    **A.**    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

            YES [ ]    NO [✓]

    **B.**    If you answered YES, describe that case(s) in the spaces below.

        **1.**    Parties to the other case(s):

            Plaintiff: N/A

            Defendant(s): N/A

Complaint under The Civil Rights Act 42 U.S.C. §1983

## In The United States District Court
## For The District of Maryland

Shaldon Blake
#343938 - 1A31/NBCI
14100 McMullen Hwy SW
Cumberland, MD. 21502
  (Plaintiff)

Civil Action No. _____

V.

Sec. Gary Maynard  300 E. Joppa Rd #1000 Towson MD.
Comm. Micheal Stouffer 6776 Reisterstown Rd #310 Balt. MD
Sgt. Micheal Russ  550 E. Madison St. Balt. MD.
James Madigan   550 E. Madison St. Balt. MD.
The Dept. of Corrections  6776 Reisterstown Rd #311 Balt. MD.
State of Maryland· Capital Building,  Annapolis, MD
M.R.D.CC    550 E. Madison St. Balt. MD.

2

2. Court (if a federal court name the district; if a state court name the city or county): NA

3. Case No.: NA

4. Date filed: NA

5. Name of judge that handled the case: NA

6. Disposition (won, dismissed, still pending, on appeal): NA

7. Date of disposition: NA

## II. Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [✓]    NO [ ]

1. If you answered YES:

    a. What was the result? After an investigation the defendant James Madigan was fired from M.R.D.CC

    b. Did you appeal to the Commissioner?

    YES [ ]    NO [✓]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner. The warden appropriately dismissed the defendant from his job as a Luetinent at M.R.D.CC

3. Did you file any other type of administrative complaint such as an appeal to

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [ ]   NO [✓]   N/A

4. If you answered YES, explain what you filed and what was the result.

N/A

B. If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ]   NO [ ]   N/A

If your answer is YES:

1. Did you file a grievance?

YES [ ]   NO [ ]   N/A

2. If you filed a grievance what was the result? N/A

3. If you did not file a grievance explain why not? N/A

**III.    Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

(See Attached) pg 6

**IV.    Relief**
(State briefly what you want the Court to do for you)

(See Attached) pg 8

SIGNED THIS __7__ day of __September__, __2009__.

_Shaidon Blake_
(original signature of plaintiff)

343938 - 1A 31 NBCF
14100 McMullen Hwy SW
Cumberland, MD. 21502
(address of plaintiff)

1983 Complaint Rev. (4/10/2006)                5

## III. Statement of Claim

On 6-21-07 at 6:50 pm while I was being escorted from unit 7C at the MRDCC (Diagnostic & Classification Center) by Sgt. Micheal Ross I was approached by LT. James Madigan who once I was hand cuffed behind my back proceeded to push me. I was headed down a flight of stairs at the time. His actions were unprovoked so I stated He didn't have to push me. Once outside of the unit LT. Madigan returned inside to speak with Teir officer Cpl. Candice Fields and I was ordered to stand with my right shoulder against the wall until LT. Madigan returned. I was being watched by Sgt. Ross and I complied with the order. After LT. Madigan exited the unit he approached me and without warning or being provoked in any way by me started to punch me in the face. LT. Madigan had a circle key ring gripped in his hands as he pounded me in the Left side of my face from over head approximately 7 Times. His force drove my head into the wall several times. After his unprovoked attack he then proceeded to try and throw me to the ground yelling for me to take a knee. Sgt. Ross made no attempts to stop the attack but the officer assigned to the Hall called for officers assistance. Capt. Vincent was one of the first to respond and separated LT Madigan and Sgt Ross from me then I was escorted To medical by Captain Vincent.

I am in state custody and it was a unprovoked attack in which I now live with the results. There fore I am now seeking to hold the Department of Corrections, The State of maryland, Secretary Gary D Maynard, Commissioner

(6)

Michual Stouffer, M.R.D.C.C.; Sgt. Micheal Ross and James Madigan responsible for my injuries.

The State of Maryland; Sec Maynard, Comm. Stouffer and M.R.D.C.C. had a volitile and unstable employee working and my injuries and assault are the results of improper job screening and oversight which is neglegence.

Sgt. M. Ross was responsible to protect me from attack and injury because he was my escort and because I was handcuffed behind my back I was rendered defenseless.

I am psycologically damaged and physically and there fore I am under permanate doctors care taking medication.

(III Statement of Claim Cont.)   (7)

## IV. Relief

I Shaldon Blake am seeking compensation for pain & suffering along with extensive medical treatment in the amount of 1 million dollars ($1,000,000.⁰⁰) and any other relief this court deems proper.

I now suffer from P.T.S.D and constantly relive my attack which interferes with my ability to interact with officers. I find it hard to trust any officers and do not like being handcuffed for fear of attack. I am on administrative segregation because my anxiety attacks wont allow me to funtion properly in general population. I am under the psychiatrist's care and have to take medication twice daily for my condition.

This attack has worsened a injury I had in my head and face. I suffer from permanate nerve damage on my left side of my face and severe migranes which I take 600 miligrams of Neurontin for the pain. Psychiatrist has perscribed 50mg Diphenhydramine Hcl Twice a day, 5mg Perphenazine Twice A day and 60mg of Prozac once a day. These medications are to treat anxiety attacks, depression, and P.T.S.D.

8

## Certificate of Service

I hereby certify that on this __7__ day of __September 2009__, a copy of this __Complaint under The Civil Rights act, 42 U.S.C §1983__, was mailed postage prepaid To __Sec. Gary Maynard 300 E. Joppa Rd #1000 Towson MD. 21286__, Comm. Micheal Stouffer 6776 Reisterstown Rd #310 Baltimore MD 21215, Sgt. Micheal Ross 550 E. Madison ST. Baltimore, MD 21202, James Madigan 550 E. Madison ST. Baltimore, MD. 21202, Dept. of Corrections 6776 Reisterstown Rd Baltimore, MD #310 21215, State of Maryland - Annapolis MD 21401 Capital Building, Maryland Reception & Diagnostic & Classification Center 550 E. Madison ST. Balt. MD. 21202

Shandon Blake
343938 - 1A 31 NBCI
14100 mcmullen Hwy sw
Cumberland mD, 21502

9