IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHAIDON BLAKE**<br>**Plaintiff** | * | |
| | * | |
| v. | * | Case No. AW-09-2367 |
| | * | |
| **JAMES MADIGAN**<br>**Defendant** | ****** | |

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of Shaidon Blake, Plaintiff against James Madigan, Defendant, it is this ___27th___ day of _____February_____, 2013,

**ORDERED,**

1. Judgment is entered in favor of Plaintiff against Defendant, in the amount of $50,000.00 (Fifty thousand dollars and no cents), for compensatory damages, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*/s/ Alexander Williams, Jr.*
Alexander Williams, Jr.
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)