IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAIDON BLAKE aka SHAMVOY SMITH, #343938<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GARY MAYNARD, *et al.,*<br><br>　　　　　　Defendants. | Civil Action No. GJH-09-2367 |

## JOINT STATUS REPORT PURSUANT TO
## ORDER GRANTING MOTION TO STAY (Dkt. 189)

Plaintiff, Shaidon Blake and Defendant Michael Ross, by and through undersigned counsel, submit this joint status report pursuant to this Honorable Court's order (Dkt. 189) granting the parties' joint motion for stay of proceedings (Dkt. 188). We state as follows:

　　　　1.　　All parties and counsel continue to agree the above captioned matter should remain stayed until the conclusion of the settlement process. Since moving this court to stay the above-captioned matter, the parties have reduced the terms of the settlement agreement to writing.

　　　　2.　　The agreement must be approved by the Maryland Board of Public Works. The parties currently anticipate that the settlement will be addressed at the Maryland Board of Public Works meeting scheduled for September 20, 2017.

　　　　3.　　The parties continue to agree that it would be beneficial to stay all proceedings until completion of the settlement process. By continuing to stay any further proceedings until completion of

the settlement process, the parties will not expend additional time, expense, and resources for discovery, thereby avoiding an unnecessary increase in the cost of litigation if the settlement is successfully approved by the Maryland Board of Public Works.  In the event that settlement does not meet with the approval of the Board of Public Works, the parties continue to recommend that the Court lift the stay, and an amended scheduling order then be issued.

WHEREFORE, the parties request that the stay of proceedings in the above matter be continued until the conclusion of the settlement process.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BRIAN E. FROSH<br>Attorney General of Maryland | |
| /s/ (signed by Reginald R. Goeke with permission of Dorianne A. Meloy)<br>DORIANNE A. MELOY<br>Assistant Attorney General<br>Federal Bar No. 16326<br>St. Paul Plaza – 19th Floor<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6340 (Telephone)<br>(410) 576-6880 (Telefax)<br>E-mail: dmeloy@oag.state.md.us | /s/<br>REGINALD R. GOEKE<br>MAYER BROWN LLP<br>Md. Federal Bar No. 13527<br><br>1999 K Street, N.W.,<br>Washington, D.C. 20006<br>(202) 263-3000 (Telephone)<br>(202) 263-3300 (Facsimile)<br>Email: rgoeke@mayerbrown.com |
| Attorneys for Defendants | Attorney for Plaintiff |