# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAIDON BLAKE aka SHAMVOY SMITH, #343938<br><br>       Plaintiff,<br><br>v.<br><br>GARY MAYNARD, *et al.,*<br><br>       Defendants. | Civil Action No. GJH-09-2367 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Shaidon Blake ("Blake") and Defendant Michael Ross ("Ross") hereby stipulate that all claims asserted by Blake against Ross in the above entitled and numbered action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Further, Plaintiff Shaidon Blake ("Blake") hereby stipulates that all claims asserted by him against previously terminated Defendants, Gary Maynard, Michael Stouffer, State of Maryland, MRDCC, Department of Corrections in the above entitled and numbered action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,                             Respectfully submitted,

BRIAN E. FROSH

Attorney General of Maryland

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| DORIANNE A. MELOY | REGINALD R. GOEKE |
| Assistant Attorney General | MAYER BROWN LLP |
| Federal Bar No. 16326 | Md. Federal Bar No. 13527 |
| | |
| St. Paul Plaza – 19th Floor | |
| 200 St. Paul Place | 1999 K Street, N.W., |
| Baltimore, Maryland 21202 | Washington, D.C. 20006 |
| (410) 576-6340 (Telephone) | (202) 263-3000 (Telephone) |
| (410) 576-6880 (Telefax) | (202) 263-3300 (Facsimile) |
| E-mail: dmeloy@oag.state.md.us | Email: rgoeke@mayerbrown.com |
| | |
| Attorneys for Defendants | Attorney for Plaintiff |